IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02497-CMA-MJW

BRITTANY MOORE, a/k/a Brittany Landis,
KAITLIN ROSE LANDIS,
KIRSTIN RAY LANDIS, and
KAYMEN RENEE LANDIS, minors by and through her [sic] next friend, Brittany Moore,

Plaintiffs,

v.

TOWN OF ERIE, COLORADO, and
ERIE POLICE OFFICER JAMIE CHESTER, (badge #E-23) in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant Erie Police Officer Jamie Chester's Motion for Clarification (Docket No. 24) is GRANTED. The Scheduling Order (Docket No. 14) is amended as follows:

1. Discovery cut-off is January 20, 2014;
2. Dispositive motions deadline is February 19, 2014;
3. Designation of affirmative experts is November 4, 2013;
4. Designation of rebuttal experts is December 6, 2013;
5. All depositions, including experts, shall be completed by January 20, 2014;
6. Deadline for serving interrogatories, requests for production of documents, and admissions is December 20, 2013;
7. The pretrial conference set for March 20, 2014 at 10:00 a.m. is VACATED; and
8. The pretrial conference is RESET for May 20, 2014 at 9:00 a.m.

Date: July 29, 2013