IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02497-CMA-MJW

BRITTANY MOORE, a/k/a Brittany Landis,
KAITLIN ROSE LANDIS,
KIRSTIN RAY LANDIS, and
KAYMEN RENEE LANDIS, minors by and through her [sic] next friend, Brittany Moore,

Plaintiffs,

v.

TOWN OF ERIE, COLORADO, and
ERIE POLICE OFFICER JAMIE CHESTER, (badge #E-23) in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Unopposed Motion to Modify the Amended Scheduling Order (Docket No. 31) is DENIED as moot. *See* the Court's Minute Order (Docket No. 33).

Date: November 4, 2013