IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02497-CMA-MJW

BRITTANY MOORE, a/k/a Brittany Landis,
KAITLIN ROSE LANDIS,
KIRSTIN RAY LANDIS, and
KAYMEN RENEE LANDIS, minors by and through her [sic] next friend, Brittany Moore,

Plaintiffs,

v.

TOWN OF ERIE, COLORADO, and
ERIE POLICE OFFICER JAMIE CHESTER, (badge #E-23) in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Unopposed Motion to Further Modify the Scheduling Order (Docket No. 35) is GRANTED. The court notes that by granting the subject motion, the deadlines originally set in this matter have now been extended by one full year. No further extensions shall be granted beyond those in this order. The parties are expected to comply with these deadline. The Scheduling Order (Docket No. 14) is amended as follows:

1. Discovery cut-off is June 23, 2014;
2. Dispositive motions deadline is July 21, 2014;
3. Designation of affirmative experts is April 4, 2014;
4. Designation of rebuttal experts is May 5, 2014;
5. All depositions, including experts, shall be completed by June 23, 2014;
6. Deadline for serving interrogatories, requests for production of documents, and admissions is May 21, 2014;
7. The pretrial conference set for July 18, 2014 at 9:30 a.m. is VACATED; and
8. The pretrial conference is RESET for September 3, 2014 at 9:30 a.m.

Date: February 4, 2014