**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02497-CMA-MJW

BRITTANY MOORE, a/k/a BRITTANY LANDIS),
KAITLIN ROSE LANDIS,
KIRSTIN RAE LANDIS, and
KAYMEN RENEE LANDIS, Minors,
by and through their next friend, BRITTANY MOORE,

      Plaintiffs,

v.

TOWN OF ERIE, COLORADO, and
ERIE POLICE OFFICER JAMIE CHESTER (Badge E-23), in his official
and individual capacities,

      Defendants.

---

**ORDER GRANTING MOTION TO AMEND CAPTION**

---

This matter is before the Court on Defendants' Unopposed Motion to Amend Caption (Doc. # 44). By Court Order dated July 19, 2013 (Doc. # 22), all claims brought against Defendant Town of Erie, Colorado, were dismissed. The Court hereby ORDERS as follows:

The caption on all subsequent filings shall reflect the removal of the Town of Erie, Colorado, as a Defendant in this case.

DATED: April __07__, 2014

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge