# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   12-cv-02497-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   April 16, 2014 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| BRITTANY MOORE, a/k/a Brittany Landis, KAITLIN ROSE LANDIS, KIRSTIN RAY LANDIS, and KAYMEN RENEE LANDIS, minors by and through her next friend, Brittany Moore, | Nicole B. Godfrey Jay W. Swearingen |
| Plaintiff(s), | |
| v. | |
| ERIE POLICE OFFICER JAMIE CHESTER, (badge #E-23) in his official and individual capacity, | Jonathan A. Cross |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   1:30 p.m.
Court calls case.  Appearances of counsel.

It is noted discussions are being held between the parties as to dismissing the minor children from the law suit.

The Court raises  Defendants' Motion to Compel and for Sanctions (Docket No. 39, filed March 25, 2014) for argument.

Argument is heard on behalf of Defendant and Plaintiffs.

**It is ORDERED:**     Defendants' MOTION TO COMPEL AND FOR SANCTIONS [Docket No. **39,** filed March 25, 2014] is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

**On or before APRIL 23, 2014,** Plaintiff Brittany Moore shall provide signed responses to the Interrogatories and Requests for Production.  **On or before APRIL 23, 2014,**  Plaintiff Brittany Moore shall provide releases of records of certain health care providers.  No sanctions are imposed.

The Court raises   Defendant Officer Chester's Motion to Reconsider April 4, 2014, Minute Order   (Docket No.  50, filed April 07, 2014) for argument.

Argument is heard on behalf of Defendant and Plaintiffs.

**It is ORDERED:**     Defendant Officer Chester's MOTION TO RECONSIDER APRIL 4, 2014, MINUTE ORDER (Docket No. 47) [Docket No.  **50,** filed April 07, 2014] is **GRANTED** for reasons as set forth on the record.

The SCHEDULING ORDER [Docket No. **14**, filed November 19, 2012] is amended:

Deadline for Defendant's Rebuttal Experts is extended to **JUNE 20, 2014**
Discovery deadline is extended to   **AUGUST 04, 2014**
Dispositive Motions deadline is extended to   **SEPTEMBER 05, 2014.**
Deadline to serve Interrogatories remains set for **MAY 21, 2014.**
The Final Pretrial Conference set SEPTEMBER 03, 2014 at 9:30 a.m.  is vacated.
The **FINAL PRETRIAL CONFERENCE**   is reset to **OCTOBER 31, 2014   at 9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Parties shall file their proposed Final Pretrial Order **on or before   OCTOBER 24, 2014.**

Family members and/or individuals who are co-workers in the Plaintiff's husband's construction work are STRUCK and shall not be permitted to testify.

Parties shall meet and confer regarding the topics listed as 1 through 5 in the Plaintiff's Notice for a Rule 30(b)(6) deposition of the Town of Erie.  If the parties are unable to narrow the dispute, Defendant may file an appropriate motion to quash all or part of the topics.

Hearing concluded.

**Court in recess:**    3:18 p.m.
Total In-Court Time 01:48

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.