**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02497-CMA-MJW

BRITTANY MOORE, a/k/a BRITTANY LANDIS),
KAITLIN ROSE LANDIS,
KIRSTIN RAE LANDIS, and
KAYMEN RENEE LANDIS, Minors,
by and through their next friend, BRITTANY MOORE,

    Plaintiffs,

v.

ERIE POLICE OFFICER JAMIE CHESTER (Badge E-23),
in his official and individual capacities,

    Defendant.

---

**ORDER GRANTING STIPULATION TO DISMISS CLAIMS ON
BEHALF OF MINOR PLAINTIFFS, AND TO AMEND CAPTION**

---

This matter is before the Court on the parties' Stipulation to Dismiss All Claims on Behalf of [Minor] Plaintiffs (Doc. # 56). The Court has reviewed the Stipulation and ORDERS as follows:

All claims made on behalf of minor Plaintiffs Kaitlin Rose Landis, Kirstin Rae Landis and Kaymen Renee Landis are hereby DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorney fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Kaitlin Rose Landis, Kirstin Rae Landis and Kaymen Renee Landis as Plaintiffs in this case.

DATED: July __17__, 2014

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge