IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Case. No. 12-cv-02497-CMA-MJW

BRITTANY MOORE (a/k/a BRITTANY LANDIS),

Plaintiff,

v.

ERIE POLICE OFFICER JAMIE CHESTER (badge #E-23),
in his official and individual capacity,

Defendant.

_____

ORDER VACATING TRIAL DATE AND ALL
PRETRIAL DEADLINES
_____

Upon the parties' Joint Notice of Settlement and Motion to Vacate Trial Date and All Pretrial Deadlines (Doc. # 69), it is

ORDERED that Doc. # 69 is GRANTED.  The Trial Preparation Conference set for April 17, 2015, is VACATED, and the trial set to commence April 27, 2015, is VACATED.  It is

FURTHER ORDERED that the parties shall file a stipulation of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a), on or before May 10, 2015.

DATED: April ___14___, 2015

2

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge